Darren P.B. Rumack
THE KLEIN LAW GROUP
39 Broadway Suite 1530
New York, NY 10006
Phone: 212-344-9022
Fax: 212-344-0301
*Attorneys for Plaintiff and on behalf of others similarly situated.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NIKOLA HAMILTON,
*individually and on behalf of others similarly situated,*

**Plaintiff**

v.

TALIA'S RESTAURANT GROUP, LLC d/b/a
TALIA'S STEAKHOUSE, and EPHRAIM NAGAR,

**Defendants.**
-----------------------------------------------------------------x

Index No. 19-cv-9311-VEC
**DECLARATION OF
DARREN RUMACK**

**MEMO ENDORSED**

**DARREN P.B. RUMACK, ESQ.**, declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the law firm of The Klein Law Group, P.C., counsel for Nikola Hamilton ("Plaintiff"), and am familiar with the facts and circumstances set forth herein.

2. This declaration is respectfully submitted in support of the Notice of Voluntary Dismissal in this matter.

3. There is no settlement agreement currently pending between the parties.

4. On November 13, 2019, counsel for Defendants provided me with an arbitration agreement between the parties that was fully executed by my client on December 16, 2018,

which provides for the arbitration of claims brought under the FLSA and NYLL via the American Arbitration Association, and which includes a class-action waiver.

5. I was not aware of this arbitration agreement prior to yesterday's correspondence with Defense counsel.

6. I have fully advised my client of her right to proceed with the claims brought under this lawsuit under the arbitration agreement that she had previously executed.

Dated: New York, New York
November 14, 2019

Respectfully submitted,

The Klein Law Group P.C.

By: _____
Darren P.B. Rumack
39 Broadway, Suite 1530
New York, NY 10006
Phone: 212-344-9022
Fax: 212-344-0301
*Attorneys for Plaintiff.*

---

The above-captioned matter is hereby dismissed without prejudice. The Clerk of Court is respectfully requested to terminate all pending motions and deadlines and close the case.

SO ORDERED.          Date: 11/26/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2